UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**   JS-6

Case No.   2:24cv00909 DDP (JPRx)   Date: September 12, 2024

Title   _THERESA BROOKE v. HHLP AMBROSE ASSOCIATES LLC_

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) –DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

WHEREAS, on August 7, 2024, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendant HHLP AMBROSE ASSOCIATES, LLC**;

A response to the Order to Show Cause was to be filed and served no later than August 30, 2024. As of today's date, no such response has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

00:00
**Initials of Preparer**   CMJ